UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| OSCAR MENDOZA AND OLIVIA MENDOZA, | § § § | |
| Plaintiffs, | § § | EP-17-CV-00157-FM |
| v. | § § | |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY AND MIGUEL ROJAS, | § § § § | |
| Defendants. | § | |

## ORDER GRANTING FIRST AMENDED MOTION TO DISMISS WITH PREJUDICE

On this day, the court considered "Plaintiffs' First Amended Motion to Dismiss with Prejudice" [ECF No. 16] ("Motion"), filed March 26, 2018 by Oscar Mendoza and Olivia Mendoza" ("Plaintiffs"). Therein, Plaintiffs inform the court that they have reached a settlement with Allstate Vehicle and Property Insurance Company and Miguel Rojas ("Defendants"), and seek to have this case dismissed with prejudice.[1] Federal Rule of Civil Procedure 41 provides that a plaintiff may voluntarily dismiss a cause of action with the court's leave, on terms that the court deems just and proper.[2] Plaintiffs have affirmed their consent to dismiss the above-captioned case; accordingly the court accordingly enters the following orders:

1. "Plaintiffs' First Amended Motion to Dismiss with Prejudice" [ECF No. 16] is **GRANTED**.

2. "Plaintiffs' Motion to Dismiss Without Prejudice" [ECF No. 15] is **DENIED AS MOOT**.

3. This case is **DISMISSED WITH PREJUDICE**.

---

[1] Mot. 1.

[2] FED. R. CIV. P. 41(a)(2).

4. Each party **SHALL** bear its own costs.

5. The Clerk of the Court is **INSTRUCTED** to close this case.

   **SO ORDERED.**

   **SIGNED this 26th day of March, 2018.**

   *[signature]*
   **FRANK MONTALVO**
   **UNITED STATES DISTRICT JUDGE**